

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00153-CV

**IN RE ALAMO TRANSIT COMPANY; ALAMO GARDEN, INC.; ALAMO CEMENT COMPANY; ALAMO CONCRETE PRODUCTS COMPANY; FERNANDO MASCORRO; AND ARNOLDO CANALES**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 21-08-40320-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

After we granted first and second motions for extensions of time to file a response, we set Real Party in Interest's response to Relators' petition for writ of mandamus due on April 21, 2022.

Before the twice-extended due date, Relators and Real Party in Interest filed a joint motion stating they have reached a settlement agreement and asking this court to abate this proceeding for thirty days for the parties to finalize their agreement.

The joint motion is granted; this proceeding is abated pending further order of this court. A motion to dismiss or reinstate this original proceeding is due on May 23, 2022.

It is so **ORDERED** on April 19, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court